UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FARMGIRL FLOWERS, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BLOOM THAT, INC., et al.,<br><br>　　　　Defendants. | Case No.: 14-CV-05657-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Thomas Christopher
Defendants' Attorneys: Holly Pranger, Jeffrey Norberg

An initial case management conference was held on April 23, 2015. A further case management conference is set for July 29, 2015, at 2:00 p.m. The parties shall file their joint case management statement by July 22, 2015.

Attorneys Jeffrey Norberg and David Banie are ordered to file an entry of appearance in this case by April 24, 2015.

The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: October 15, 2015

DEADLINE TO COMPLETE MEDIATION: July 16, 2015

FACT DISCOVERY CUTOFF: February 29, 2016

EXPERT DISCOVERY:

1

Case No.: 14-CV-05657-LHK
CASE MANAGEMENT ORDER

Opening Reports: March 28, 2016
Rebuttal Reports: April 22, 2016
Close of Expert Discovery: May 20, 2016

DISPOSITIVE MOTIONS shall be filed by June 23, 2016, and set for hearing no later than August 4, 2016 at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: October 6, 2016, at 1:30 p.m.

JURY/COURT TRIAL: October 17, at 9:00 a.m.  Trial is expected to last 6 days.

**IT IS SO ORDERED.**

Dated: April 23, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge