THOMAS V. CHRISTOPHER (SBN#185928)
Thomas@ThomasChristopherLaw.com
THE LAW OFFICES OF THOMAS V. CHRISTOPHER
555 California Street, Suite 4925
San Francisco, California 94104
Telephone: (415) 659-1805
Facsimile:  (415) 659-1950

Attorney for Plaintiff
FARMGIRL FLOWERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARMGIRL FLOWERS, INC., a Delaware Corporation,<br><br>                          Plaintiff,<br><br>          v.<br><br>BLOOM THAT, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>                          Defendant(s). | CASE NO.: 5:14-cv-05657-LHK<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**Date: June 23, 2015**<br>**Judge:  Hon. Lucy Koh**<br><br>**Action Filed:  December 30, 2014**<br>**Trial Date:     October 17, 2016** |

STIPULATION OF DISMISSAL                                    5:14-cv05657 - LHK

Plaintiff Farmgirl Flowers, Inc., and Defendant Bloom That, Inc., through their designated counsel, hereby stipulate to dismiss this entire action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).  Each side shall bear its own costs and attorney's fees.

DATED: June 23, 2015

THE LAW OFFICES OF THOMAS V. CHRISTOPHER

By:  /s/ Thomas Christopher
THOMAS CHRISTOPHER
thomas@thomaschristopherlaw.com
Attorney for Plaintiff
FARMGIRL FLOWERS, INC.

Dated: June 23, 2015

PRANGER LAW GROUP

By: /s/ Holly Pranger
HOLLY PRANGER
Hpranger@prangerlaw.com
Attorney for Defendant
Bloom That, Inc.

The Clerk shall close the file.

IT IS SO ORDERED
Lucy H. Koh
Judge Lucy H. Koh
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-1-